UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANA NESSEL, Attorney
General of the State of Michigan,

    Plaintiff,

v.

BOLO CELLARS, LLC,

    Defendant.

No.

HON.

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | Cease-and-Desist Letters |
| 2 | Order Confirmation |
| 3 | Packing Slip |
| 4 | Photographs of Wine Bottle |
| 5 | Request for Replacement |