About   Manifesto   Journal

Visit Us   Wine Club   My Account

Contact

Shop

# Get lost. Find something new.

SHOPPING CART (0) ITEMS 0.00   WELCOME ▮▮▮▮   SIGN OUT

## Thank you for your Order. You will receive confirmation by email.

👤 My Account

📋 Information for Order Number: ▮▮▮▮

📋 Order Summary

Billing Address

Shipping Address

| | |
|---|---|
| Item Total: | $58.00 |
| Shipping: | $34.00 |
| Sales Tax: | $3.48 |

**EXHIBIT 2**



### Order Details

| Qty. | Items | Coupon | Price | Extended Price |
|---|---|---|---|---|
| 1 | 2022 Summer Hum Rosé<br>wine | | $26.00 | $26.00 |
| 1 | 2021 Youth of the Beast, Red Wine<br>wine | | $32.00 | $32.00 |

| | | | |
|---|---|---|---|
| Item Total | | | $58.00 |
| Shipping: | Cartons and Crates | | $34.00 |
| Sales Tax | | | $3.48 |
| Subtotal | | | $95.48 |
| Order Total | | | $95.48 |

**EXHIBIT 2**

### Payment Information

All Purchases in U.S. Funds

Payment Method: ███████████

Expiration date: ████

Your credit card statement will show a charge from Blue Ox Wine Company

For Customer Service, please contact us at:
hello@hammerlingwines.co

---

1350 Fifth Street                                  Shop             Contact
Berkeley, CA 94710                                 Manifesto        Reservations
hello@hammerlingwines.co                           Wine Club        Press
                                                   Journal          Mailing List

**EXHIBIT 2**

# Gmail

## Your Hammerling Wines Order
1 message

**Hammerling Wines** &lt;hello@hammerlingwines.co&gt;           Wed, Mar 15, 2023 at 12:24 PM
To: ▬
Cc: hello@hammerlingwines.co

**THANK YOU FOR YOUR ORDER!**

If you have questions please contact us at hello@hammerlingwines.co

To ensure accurate processing of your order, please review the order summary below.

Order number: ▬
Order Date: ▬

-

\*\*\* During the warmer months we will hold your shipment until we have a window to safely ship your wines. We want to ensure that you receive your wines in the best condition possible. Expedited shipping is available.

Our tasting room is now open Friday 3-7PM, Saturday & Sunday 12-5PM on a first come, first served basis. We will be pouring flights and selected wines by the glass. We're also closing the street in front of the winery every month for our First Friday Block Party from 3-7PM. Follow us on IG @hammerlingwines for updates.

Cheers,

**Hammerling Wines**

**Bill To**

▬
▬
Posen, MI 49776
UNITED STATES
▬
▬

**Ship To**

▬
▬
Posen, MI 49776
UNITED STATES
▬
▬

**EXHIBIT 2**

| Items | Qty | Price | Total |
|---|---|---|---|
| **2022 Summer Hum Rosé** <br> SKU: 88884205-0240 <br> wine | 1 | $26.00 | $26.00 |
| **2021 Youth of the Beast, Red Wine** <br> SKU: 88884205-0209 <br> wine | 1 | $32.00 | $32.00 |

Subtotal: $58.00

Shipping: $34.00

Sales Tax: $3.48

Total Cost: $95.48

**Shipping Method: Cartons and Crates**

Paying by: ███████████

Your order is being processed by Hammerling Wines. Your credit card statement will show a charge from Hammerling Wines.

**EXHIBIT 2**