FROM:
Josh Hammerling
Hammerling Wines
1350 Fifth St
Berkeley CA 94710
US

(701) 388-4696

SHIP DATE: 16MAR23
ACTWGT: 6.00 LB
CAD: 251234929/INET4580
DIMMED: 8 X 4 X 16 IN

BILL SENDER

TO 

POSEN MI 49776

REF:
INV:
PO:          DEPT:


FedEx Ground



(US) 581J7/9982/FE2D

J23102301111101uv

TRK#

49776

9622 0019 0 (000 000 0000) 0 00



EXHIBIT 3