

EXHIBIT 4



Artwork By Madeleine Tonzi

# SUMMER HUM
## 2022 ROSÉ WINE

100% MERLOT

GIMELLI VINEYARD

SAN BENITO

25 BARRELS PRODUCED

PRODUCED AND BOTTLED BY HAMMERLING WINES
BERKELEY          CALIFORNIA          USA          EARTH

GOVERNMENT WARNING: (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.

CONTAINS SULFITES                              12.2 % ALC./VOL.

EXHIBIT 4



EXHIBIT 4



EXHIBIT 4