

Hello - I ordered wine on March 15, 2023. I received confirmation that you received the order (ORDER # 14338) and my credit card was charged. Can you please advise on when you will ship the wine. It is a gift. Please advise. thank you  Inbox ×

Apr 25, 2023, 8:07 AM (7 days ago)

**Josh Hammerling** <josh@hammerlingwines.co>
to me

Apr 25, 2023, 11:21 PM (7 days ago)

Hi

So sorry for the delay. We had set your order in the "ship weather permitting" stack. We've been going through an expansion, so we got a bit behind. So sorry about that. The package went out today through fed ex with the tracking number [redacted] Thanks so much for your support. It means a lot!

Cheers,
Josh

On Tue, Apr 25, 2023 at 5:07 AM [redacted] wrote:

--

**Josh Hammerling**
Winemaker

(341) 766-5680

hammerlingwines.co

1350 5th St, Berkeley, CA 94710

Apr 26, 2023, 7:09 AM (6 days ago)

Thank you for the update!

**Josh Hammerling**
to me

Apr 26, 2023, 9:32 AM (6 days ago)

No problem!

All the best,
Josh

...

Josh Hammering
Hammering Wines
1350 Fifth St
Berkeley CA 94710
US

ACTWGT: 7.00 LB
CAD: 251234929/INET4610
DIMMED: 12 X 4 X 16 IN

BILL SENDER

███████████
███████████

**POSEN MI 49776**

████████        REF:

INV:
PO:                          DEPT:





**FedEx**
Home Delivery

583.13/78CF/FE2D

J2320230405011uv

*RK#  ████████

ASR
**49776**



9622 0883 4 (000 000 0000) 0 00 ████████



Josh Hammerling
Hammerling Wines
1350 Fifth St

Berkeley CA 94710
US

**POSEN MI 49776**

REF:

INV:
PO: