## AFFIDAVIT OF SERVICE

| Case:<br>2:23-cv-11705 | Court:<br>UNITED STATES DISTRICT COURT | County:<br>Eastern District of Michigan, | Job:<br>9679988 (2023-5929) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Nessel | | Defendant / Respondent:<br>Bolo Cellars, LLC | |
| Received by:<br>Rush Intel Services | | For:<br>STATE OF MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | |
| To be served upon:<br>Bolo Cellars, LLC | | | |

I, Sterling Holt, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Bolo Cellars, LLC , C/O Angie R, Legalzoom 101 N Brand Blvd 11th floor, Glendale, CA 91203
**Manner of Service:** Authorized, Sep 27, 2023, 12:32 pm PDT
**Documents:** Summons, Complaint, Index of Exhibits with Exhibits 1-5

**Additional Comments:**
1) Successful Attempt: Sep 27, 2023, 12:32 pm PDT at 101 N Brand Blvd 11th floor, Glendale, CA 91203 received by Bolo Cellars, LLC .

**Fees:** 59.95

_[signature]_                                   10/02/2023
Sterling Holt                                    Date
Los Angeles #
2022108796

Rush Intel Services
254 N lake Ave Suite 124
PASADENA, CA 91101
626-385-8662