UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DANA NESSEL, Attorney General of the
State of Michigan,

    Plaintiff(s),

v.

Bolo Cellars, LLC,

    Defendant(s).
_____/

Case No. 23-cv-11705

Thomas L. Ludington

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Bolo Cellars LLC for failure to plead or otherwise defend.

## **AFFIDAVIT**

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on LegalZoom.com, Registered Agent for Bolo Cellars, LLC on September 27, 2023 at 101 N Brand Blvd., 11th Floor, Glendale, CA 91203 by Rush Intel Services via personal service.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

October 27, 2023

/s/ Rosendo Asevedo, Jr.

Rosendo Asevedo, Jr. (P28369)
Melinda A. Leonard (P63638)
Assistant Attorneys General
Alcohol & Gambling Enforcement Division
25680 W. 8 Mile Rd.
Southfield, MI 48033
(313) 456-1180