UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dana Nessel,

              Plaintiff(s),

v.                                           Case No. 1:23-cv-11705-TLL-PTM
                                               Hon. Thomas L. Ludington

Bolo Cellars, LLC,

              Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Bolo Cellars, LLC

The default of the party named above for failure to plead or otherwise defend is entered.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/ Donald A Peruski
                                               Deputy Clerk

Dated:  October 30, 2023